IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: JOHN G PUTT
       WENDY L PUTT
       PO BOX 74
       BELLEFONTAINE, OH  43311

CASE NO: 16-50472

CHAPTER 13

JUDGE: John E. Hoffman Jr.

## NOTICE OF INTENTION TO PAY CLAIMS

NOTICE is hereby given of the intention of the Chapter 13 Trustee, Faye D. English, to pay the claims of creditors named and in the amounts set forth below, pursuant to 11 U.S.C. 502(a). Unless a party in interest files an objection to the creditor's proof of claim pursuant to L.B.R. 3007-1 within twenty-one (21) days of the date of this NOTICE, disbursements on said claims shall be paid as set forth below .

| TRUSTEE PAYEE # | NAME AND ADDRESS OF CREDITOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00009 | AES<br>ON BEHALF OF TGSLC<br>PO BOX 659602<br>SAN ANTONIO, TX  78265-9602 | 6,790.88 | 4.00% | 0.00 % | UNSECURED |
| 00008 | Aes/wells Fargo<br>Po Box 2461<br>Harrisburg, PA  17105 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00010 | AMCA<br>PO Box 1235<br>Elmsford, NY  10523 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00123 | AMENA CAPITAL GROUP LLC & AMBROSIA NETWORKS LLC<br>FCI LENDER SERVICES INC<br>PO BOX 27370<br>ANAHEIM, CA  92809-0112 | 306.97<br>CONTINUING | 100.00% | 0.00 % | CONTINUING |
| 00124 | AMENA CAPITAL GROUP LLC & AMBROSIA NETWORKS LLC<br>FCI LENDER SERVICES INC<br>PO BOX 27370<br>ANAHEIM, CA  92809-0112 | 4,364.64 | 100.00% | 0.00 % | SECURED |
| 00071 | AMERICAN INFOSOURCE LP<br>AS AGENT FOR DIRECTV LLC<br>PO BOX 5008<br>CAROL STREAM, IL  60197-5008 | 406.69 | 4.00% | 0.00 % | UNSECURED |

CASE NO. 16-50472   JOHN G PUTT and WENDY L PUTT

| TRUSTEE PAYEE # | NAME AND ADDRESS OF CREDITOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00070 | AMERICREDIT FINANCIAL SERVICES INC D/B/A GM FINANCIAL PO BOX 183853 ARLINGTON, TX 76096 | 3,882.37 | 4.00% | 0.00 % | UNSECURED |
| 00011 | Applied Card Bank Attention: Bankruptcy Po Box 17125 Wilmington, DE 19850 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00012 | Bay Area Credit Service 1000 Abernathy Road, NE, Suite 195 Atlanta, GA 30328 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00013 | Bellefontaine Adjustment Bureau P.O. Box 474 Bellefontaine, OH 43311 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00014 | Bellefontaine Adjustment Bureau P.O. Box 474 Bellefontaine, OH 43311 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00016 | Bellefontaine Radiological Associates P.O. Box 1049 Lima, OH 45802 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00017 | Bellefontaine Radiological Associates P.O. Box 1049 Lima, OH 45802 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00018 | Bellfontaine Adjustment Co P.O. Box 84 Bellefontaine, OH 43311 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00020 | Capital One Auto Finance 3905 N Dallas Pkwy Plano, TX 75093 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00104 | CAPITAL ONE AUTO FINANCE C/O ASCENSION CAPITAL GROUP PO BOX 201347 ARLINGTON, TX 76006 | 7,441.60 | 4.00% | 0.00 % | UNSECURED |

CASE NO. 16-50472   JOHN G PUTT and WENDY L PUTT

| TRUSTEE PAYEE # | NAME AND ADDRESS OF CREDITOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00019 | CAPITAL ONE BANK (USA) NA<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | 1,361.79 | 4.00% | 0.00 % | UNSECURED |
| 00021 | Cashland<br>815 S. Main St<br>Bellefontaine, OH  43311 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00022 | Cashland<br>815 S. Main St<br>Bellefontaine, OH  43311 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00023 | CBCS<br>P.O. Box 163279<br>Columbus, OH  43216 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00024 | Central Credit Services LLC<br>PO Box 1850<br>Saint Charles, MO  63302 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00015 | CITY OF BELLEFONTAINE FIRE AND EMS<br>201 W SANDUSKY AVE<br>BELLEFONTAINE, OH  43311 | 415.00 | 4.00% | 0.00 % | UNSECURED |
| 00026 | Cleveland Clinic<br>PO Box 89410<br>Cleveland, OH  44101-6410 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00027 | Compunet Clinical Labs<br>P.O. Box 714133<br>Cincinnati, OH  45271-4133 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00039 | CREDIT CARE<br>112 DOWELL AVE<br>BELLEFONTAINE, OH  43311 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00048 | Credit Collections Svc<br>Po Box 773<br>Needham, MA  02494 | Not filed | 4.00% | 0.00 % | UNSECURED |

CASE NO. 16-50472    JOHN G PUTT and WENDY L PUTT

| TRUSTEE PAYEE # | NAME AND ADDRESS OF CREDITOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00050 | Credit Collections Svc<br>Po Box 773<br>Needham, MA  02494 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00004 | DEPARTMENT OF TREASURY INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA  19101 | 3,921.74 | 4.00% | 0.00 % | UNSECURED |
| 00049 | Dept Of Education/neln<br>3015 Parker Rd<br>Aurora, CO  80014 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00051 | Dept Of Education/neln<br>3015 Parker Rd<br>Aurora, CO  80014 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00052 | Dept Of Education/neln<br>3015 Parker Rd<br>Aurora, CO  80014 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00053 | Disney Movie Club<br>PO Box 758<br>Neenah, WI  54957-0758 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00054 | Elkins Chiropractic<br>1430 S. main St<br>Bellefontaine, OH  43311 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00055 | Enhanced Recovery Company LLC<br>P.O. Box 23870<br>Jacksonville, FL  32241 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00056 | Enhanced Recovery Corp<br>Attention: Client Services<br>8014 Bayberry Rd<br>Jacksonville, FL  32256 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00057 | Enhanced Recovery Corporation<br>8014 Bayberry Rd.<br>Jacksonville, FL  32256 | Not filed | 4.00% | 0.00 % | UNSECURED |

CASE NO. 16-50472   JOHN G PUTT and WENDY L PUTT

| TRUSTEE PAYEE # | NAME AND ADDRESS OF CREDITOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00058 | EOS CA<br>700 Longwater Dr<br>Norwell, MA  02061 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00059 | EOS CA<br>700 Longwater Dr<br>Norwell, MA  02061 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00060 | Fed Loan Serv<br>PO Box 69184<br>Harrisburg, PA  17106 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00061 | Fed Loan Serv<br>Pob 69184<br>Harrisburg, PA  17106 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00063 | Fed Loan Serv<br>PO Box 69184<br>Harrisburg, PA  17106 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00064 | Fed Loan Serv<br>PO Box 69184<br>Harrisburg, PA  17106 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00065 | Fed Loan Serv<br>PO Box 69184<br>Harrisburg, PA  17106 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00066 | Fed Loan Serv<br>PO Box 69184<br>Harrisburg, PA  17106 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00067 | Fed Loan Serv<br>PO Box 69184<br>Harrisburg, PA  17106 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00068 | Fed Loan Serv<br>PO Box 69184<br>Harrisburg, PA  17106 | Not filed | 4.00% | 0.00 % | UNSECURED |

CASE NO. 16-50472   JOHN G PUTT and WENDY L PUTT

| TRUSTEE PAYEE # | NAME AND ADDRESS OF CREDITOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00069 | Fed Loan Serv<br>PO Box 69184<br>Harrisburg, PA  17106 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00072 | First National Collection Bureau<br>610 Waltham Way<br>Sparks, NV  89434 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00073 | First National Credit Bureau<br>610 Waltham Wat<br>Sparks, NV  89434 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00075 | Ginnys/Swiss Colony Inc<br>Attn: Bankruptcy<br>1112 7th Ave<br>Monroe, WI  53566 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00076 | GM FINANCIAL<br>PO BOX 181145<br>ARLINGTON, TX  76096 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00077 | Jefferson Capital Systems<br>16 McCleland Rd.<br>Saint Cloud, MN  56303 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00078 | Kathy Jo Putt<br>340 S. Detroit St.<br>Bellefontaine, OH  43311 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00079 | Kettering Physician Network<br>P.O. Box 33163<br>Detroit, MI  48232 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00080 | KeyBridge Medical Revenue<br>Attn: Bankruptcy<br>PO Box 1568<br>Lima, OH  48502 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00081 | KeyBridge Medical Revenue<br>Attn: Bankruptcy<br>PO Box 1568<br>Lima, OH  48502 | Not filed | 4.00% | 0.00 % | UNSECURED |

CASE NO. 16-50472   JOHN G PUTT and WENDY L PUTT

| TRUSTEE PAYEE # | NAME AND ADDRESS OF CREDITOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00082 | KeyBridge Medical Revenue<br>Attn: Bankruptcy<br>PO Box 1568<br>Lima, OH  48502 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00083 | KeyBridge Medical Revenue<br>Attn: Bankruptcy<br>PO Box 1568<br>Lima, OH  48502 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00084 | KeyBridge Medical Revenue<br>Attn: Bankruptcy<br>PO Box 1568<br>Lima, OH  48502 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00085 | KeyBridge Medical Revenue<br>Attn: Bankruptcy<br>PO Box 1568<br>Lima, OH  48502 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00086 | KeyBridge Medical Revenue<br>Attn: Bankruptcy<br>PO Box 1568<br>Lima, OH  48502 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00087 | KeyBridge Medical Revenue<br>Attn: Bankruptcy<br>PO Box 1568<br>Lima, OH  48502 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00088 | KeyBridge Medical Revenue<br>Attn: Bankruptcy<br>PO Box 1568<br>Lima, OH  48502 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00089 | KeyBridge Medical Revenue<br>Attn: Bankruptcy<br>PO Box 1568<br>Lima, OH  48502 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00090 | Lima Memorial Heart Institute<br>951 Commerce Parkway Suite 101<br>Lima, OH  45804 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00040 | MAD RIVER INTERNAL MEDICINE<br>C/O CREDIT CARE<br>112 DOWELL AVENUE<br>BELLEFONTAINE, OH  43311 | 46.08 | 4.00% | 0.00 % | UNSECURED |

CASE NO. 16-50472   JOHN G PUTT and WENDY L PUTT

| TRUSTEE PAYEE # | NAME AND ADDRESS OF CREDITOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00037 | MARY RUTAN HOSPITAL<br>C/O CREDIT CARE<br>112 DOWELL AVENUE<br>BELLEFONTAINE, OH 43311 | 11,857.24 | 4.00% | 0.00 % | UNSECURED |
| 00038 | MARY RUTAN HOSPITAL<br>C/O CREDIT CARE<br>112 DOWELL AVENUE<br>BELLEFONTAINE, OH 43311 | 5,285.10 | 4.00% | 0.00 % | UNSECURED |
| 00091 | MARY RUTAN HOSPITAL<br>205 PALMER AVE<br>BELLEFONTAINE, OH 43311 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00092 | MARY RUTAN HOSPITAL<br>205 PALMER AVE<br>BELLEFONTAINE, OH 43311 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00093 | Mary Rutan Hospital<br>P.O. Box 951842<br>Cleveland, OH 44193 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00094 | MARY RUTAN HOSPITAL<br>205 PALMER AVE<br>BELLEFONTAINE, OH 43311 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00095 | MARY RUTAN HOSPITAL<br>205 PALMER AVE<br>BELLEFONTAINE, OH 43311 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00096 | MARY RUTAN HOSPITAL<br>205 PALMER AVE<br>BELLEFONTAINE, OH 43311 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00097 | Mary Rutan Hospital<br>P.O. Box 951842<br>Cleveland, OH 44193 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00098 | Mary Rutan Hospital<br>P.O. Box 951842<br>Cleveland, OH 44193 | Not filed | 4.00% | 0.00 % | UNSECURED |

CASE NO. 16-50472   JOHN G PUTT and WENDY L PUTT

| TRUSTEE PAYEE # | NAME AND ADDRESS OF CREDITOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00099 | Nation&#039;s Recovery Center, Inc<br>6491 Peachtree Industrial Blvd<br>Atlanta, GA  30360 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00100 | Nations Recovery Center, Inc.<br>6491 Peachtree Industrial Blvs.<br>Atlanta, GA  30360 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00101 | Nelson, Watson, and Associates<br>P.O. Box 1299<br>Haverhill, MA  01831-1799 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00001 | North Main Motors<br>400 N. Main<br>Marysville, OH  43040 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00002 | North Main Motors<br>400 N. Main<br>Marysville, OH  43040 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00102 | North Main Motors<br>400 N. Main<br>Marysville, OH  43040 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00103 | Northland Group<br>PO Box 129<br>Thorofare, NJ  08086-0129 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00074 | PREMIER BANKCARD LLC<br>C/O JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 772813<br>CHICAGO, IL  60677 | 405.49 | 4.00% | 0.00 % | UNSECURED |
| 00006 | Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | 556.03 | 4.00% | 0.00 % | UNSECURED |
| 00007 | Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | 350.67 | 4.00% | 0.00 % | UNSECURED |

CASE NO. 16-50472 JOHN G PUTT and WENDY L PUTT

| TRUSTEE PAYEE # | NAME AND ADDRESS OF CREDITOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00105 | Revenue Group<br>4780 Hinckley Industrial Parkway<br>Suite 200<br>Cleveland, OH  44109 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00106 | Revenue Group<br>4780 Hinckley Industrial Parkway<br>Suite 200<br>Cleveland, OH  44109 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00025 | SEVENTH AVENUE<br>C/O CREDITORS BANKRUPTCY SERVICE<br>PO BOX 800849<br>DALLAS, TX  75380 | 230.82 | 4.00% | 0.00 % | UNSECURED |
| 00107 | Sidney Emergency Phys. Inc.<br>PO Box 636244<br>Cincinnati, OH  45263 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00003 | State of Ohio Attorney General<br>Revenue Recovery Divison<br>101 E. Town St<br>Columbus, OH  43215 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00108 | The Ohio State University-Wexner Medical<br>Patient Financial Services<br>P.O. Box 183102<br>Columbus, OH  43218-3102 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00109 | The Pathology Center Inc.<br>PO Box 477<br>Bellefontaine, OH  43311 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00110 | The Pathology Center Inc.<br>PO Box 477<br>Bellefontaine, OH  43311 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00111 | The Pathology Center Inc.<br>PO Box 477<br>Bellefontaine, OH  43311 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00112 | Transworld Systems Inc.<br>507 Prudential Road<br>Horsham, PA  19044 | Not filed | 4.00% | 0.00 % | UNSECURED |

CASE NO. 16-50472    JOHN G PUTT and WENDY L PUTT

| TRUSTEE PAYEE # | NAME AND ADDRESS OF CREDITOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00113 | Tribute<br>Pob 105555<br>Atlanta, GA  30348 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00114 | United Collection Bureau<br>5620 South Wyck Blvd &#035;206<br>Toledo, OH  43614 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00115 | United Recovery Systems<br>P.O. Box 722929<br>Houston, TX  77272 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00062 | US DEPARTMENT OF EDUCATION<br>C/O FEDLOAN SERVICING<br>PO BOX 530210<br>ATLANTA, GA  30353-0210 | 49,561.33 | 4.00% | 0.00 % | UNSECURED |
| 00116 | Vergoff F. Williams<br>P.O. Box 4155<br>Sarasota, FL  34230 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00117 | Virtuoso Sourcing Grou<br>3033 S Parker Rd<br>Aurora, CO  80014 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00118 | Wilson Memorial Hospital<br>915 W. Michigan Street<br>Sidney, OH  45365 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00119 | Wilson Memorial Hospital<br>915 W. Michigan Street<br>Sidney, OH  45365 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00120 | Wilson Memorial Hospital<br>PO Box 22248<br>Louisville, KY  40223 | Not filed | 4.00% | 0.00 % | UNSECURED |
| 00121 | Wilson Memorial Hospital<br>PO Box 22248<br>Louisville, KY  40223 | Not filed | 4.00% | 0.00 % | UNSECURED |

CASE NO. 16-50472    JOHN G PUTT and WENDY L PUTT

| TRUSTEE PAYEE # | NAME AND ADDRESS OF CREDITOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00122 | Wilson Memorial Hospital<br>PO Box 22248<br>Louisville, KY  40223 | Not filed | 4.00% | 0.00 % | UNSECURED |
|  | TOTAL | 96,877.47 |  |  |  |
| 00000 | AMY ELIZABETH GULLIFER ESQ<br>c/o CANNIZZARO BRIDGES JILLISKY<br>302 S MAIN ST<br>MARYSVILLE, OH  43040 | 2,552.95 | 100.00% | 0.00 % | ATTORNEY FEE |

Dated:  September 20, 2016

/s/Faye D. English

Faye D. English
Chapter 13 Trustee
One Columbus
10 West Broad St., Suite 900
Columbus, OH  43215-3449
Telephone: 614-420-2555
Facsimile: 614-420-2550

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice Of Intention To Pay Claims was served on the following registered ECF participants, electronically through the Court's ECF System at the e-mail address registered with the Court, or by ordinary U.S. mail, postage prepaid, on this date.

Dated 9/20/2016

/s/ Faye D. English

Electronically signed by
Faye D. English, Chapter 13 Trustee

By the Court's ECF System:

Asst. U.S. Trustee
Faye D. English, Chapter 13 Trustee
Amy Elizabeth Gullifer Esq, Attorney for Debtor

By ordinary U.S. Mail addressed to:

John G Putt
Wendy L Putt
Po Box 74
Bellefontaine, Oh 43311